RECEIVED
JAN 2 5 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MASTER ASSET SERVICES, INC. | CIVIL ACTION NO. 09-1404 |
| VERSUS | JUDGE DOHERTY |
| PETRO DISPOSAL, LLC | MAGISTRATE JUDGE HILL |

## ORDER

Currently pending before the Court is a "Motion to Substitute Real Party In Interest Under FRCP 17" [Doc. 31] and a "Motion for Summary Judgment" [Doc. 26]. The Court finds the Motion to Substitute Real Party in Interest to be warranted, and it is thus GRANTED in the interest of justice. *See* Advisory Committee Note to 1966 Amendment of Rule 17 (Rule 17(a)(3) "is added simply in the interest of justice"; it is "permissive in purpose"; and its function "is simply to protect the defendant against a subsequent action by the party actually entitled to recover, and to insure generally that the judgment will have its proper effect as *res judicata*.")

Additionally, a review of the motion for summary judgment reveals the majority of the motion addresses whether the original plaintiff in this matter was the real party in interest. The Court finds judicial economy is best served by DENYING the motion at this time, without prejudice to defendant's right to refile an amended motion for summary judgment omitting those portions which are now moot. Accordingly, defendant is hereby GRANTED forty-five (45) days for submission of a motion for summary judgment, or any other dispositive motion defendant might deem appropriate. If no motion has been filed within that time, plaintiff's counsel is to initiate a telephone conference with all parties and the Court to reset the trial and pretrial conference dates in this matter.

Finally, the Court notes plaintiff has asserted insufficient allegations in its complaint to establish diversity jurisdiction exists in this matter. Specifically, plaintiff has only set forth defendant's "domicile" and "principle place of business." However, as plaintiff alleges defendant is a limited liability company, its citizenship is determined by the citizenship of all of its members. *See Logan v. Hit or Miss LLC*, 2009 WL1035018. Accordingly, within fifteen (15) days of this ruling, plaintiff must supplement the complaint in this matter with proper allegations in support of diversity jurisdiction, or risk dismissal of this suit due to plaintiff's failure to establish jurisdiction exists with this Court.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___25___ day of January, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE